UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                          Plaintiff,

    -against-

LATRELL MURRAY,

                          Defendant.
-----------------------------------------------------------X

**MEMORANDUM**

18 Cr. 794 (KMK)

TO: Kenneth M. Karas, United States District Judge:

    Please find attached a transcript of the August 15, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: October 15, 2019
       White Plains, New York

                                      Respectfully Submitted,

                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge